UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO. 1:21-cv-03639-WFK-PK

RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

    Plaintiff,

-against-

HERETIC BEAUTY INC.,

    Defendant.

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, RASHETA BUNTING ("Plaintiff"), and Defendant, HERETIC BEAUTY INC.'s ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;
2. The Clerk shall deny any pending Motions as moot; and
3. Each party shall bear their own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, in Kings County, New York, this __27__ day of __December__ 2021.

                                        **s/ WFK**
                                THE HONORABLE WILLIAM F. KUNTZ, II
                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Andrew C. Karter, Esq.;
Dan Shaked, Esq.